# United States District Court

SOUTHERN DISTRICT OF NEW YORK

The Annuity, Pension, Welfare and Apprenticeship Skill Improvement & Safety Funds of the International Union of Operating Engineers Local 137, 137A, 137B, 137C & 137R et al.

V.

Realife Land Improvement, Inc.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

**07 CIV 9382**

**JUDGE CONNER**

TO: (Name and address of defendant)

Realife Land Improvement, Inc.
84 Commerce Drive
Patterson, New York 12563

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

BRADY McGUIRE & STEINBERG, P.C.
603 WARBURTON AVENUE
HASTINGS-ON-HUDSON, NEW YORK 10706

an answer to the complaint which is herewith served upon you, within ___Twenty (20)___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

CLERK

(BY) DEPUTY CLERK

OCT 19 2007

DATE

STATE OF NEW YORK  UNITED STATES DISTRICT COURT SOUTHERN DISTRICT
DOCUMENTS SERVED WITH INDEX#: 07CIV-9382(WCC)    AND FILED ON    11/9/2007

| | |
|---|---|
| THE ANNUITY, PENSION, WELFARE AND APPRENTICESHIP SKILL IMPROVEMENT & SAFETY FUNDS OF THE INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL<br>Vs.<br>REALIFE LAND IMPROVEMENT, INC. | Plaintiff(s)/Petitioner(s)<br><br>Defendant(s)/Respondent(s) |

STATE OF: NEW YORK           )
                             ) SS
COUNTY OF WESTCHESTER        )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On __12/4/2007__ at __11:04AM__, deponent did serve the within process as follows:

Process Served:  AMENDED COMPLAINT
Party Served:    REALIFE LAND IMPROVEMENT, INC.     (herein called recipient) therein named.
At Location:     84 COMMERCE DRIVE
                 PATTERSON NY  12563

By delivering to and leaving with __ELAINE GREGUS__ and that deponent knew the person so served to be the BOOKKEEPER of the corporation and authorized to accept service.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

Sex: FM        Color of Skin: WH      Color of Hair: BLACK
Age: 55/60     Height: 5'4"
Weight: 130    Other Features:

Sworn to before me on __12/4/2007__

_[signature]_                              _[signature]_
                                           Gary Williams
                                           Server's License#:

GAIL WILLIAMS
Notary Public, State of New York
No. 4665052
Qualified in Westchester County
Commission Expires September 30, 2010