STATE OF NEW YORK                                    UNITED STATES DISTRICT COURT SOUTHERN DISTRICT
DOCUMENTS SERVED WITH INDEX#: 07CIV.9382      AND FILED ON         10/19/2007

| | |
|---|---|
| THE ANNUITY, PENSION, WELFARE AND APPRENTICESHIP SKILL IMPROVEMENT & SAFETY FUNDS OF THE INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL<br>Vs.<br>REALIFE LANE IMPROVEMENT, INC. | Plaintiff(s)/Petitioner(s)<br><br>Defendant(s)/Respondent(s) |

STATE OF: NEW YORK            )
                              ) SS
COUNTY OF WESTCHESTER         )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On __12/4/2007__ at __11:04AM__, deponent did serve the within process as follows:

Process Served:  SUMMONS AND COMPLAINT

Party Served:    REALIFE LAND IMPROVEMENT, INC.                    (herein called recipient)
                                                                    therein named.

At Location:     84 COMMERCE DRIVE
                 PATTERSON NY 12563

By delivering to and leaving with __ELAINE GREGUS__ and that deponent knew the person so served to be the __BOOKKEEPER__ of the corporation and authorized to accept service..

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

Sex: FM     Color of Skin: WH     Color of Hair: BLACK
Age: 55/60  Height: 5'4"
Weight: 130 Other Features:

Sworn to before me on __12/4/2007__

_Gail Williams_                           _Gary Williams_
                                          Gary Williams
                                          Server's License#:

GAIL WILLIAMS
Notary Public, State of New York
No. 4665052
Qualified in Westchester County
Commission Expires September 30, 2010