UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
THE ANNUITY, PENSION, WELFARE and APPRENTICESHIP
SKILL IMPROVEMENT AND SAFETY FUNDS of the
INTERNATIONAL UNION OF OPERATING ENGINEERS,
LOCAL 137, 137A, 137B, 137C & 137R, AFL-CIO by its
TRUSTEES EDWARD KELLY, JEFFREY LOUGHLIN,
PETER PATERNO, ROSS PEPE, NICHOLAS SIGNORELLI and
NICHOLAS SIGNORELLI, JR., and JOHN and JANE DOE,
as Beneficiaries of the ANNUITY, PENSION, WELFARE and
APPRENTICESHIP SKILL IMPROVEMENT AND SAFETY
FUNDS of the INTERNATIONAL UNION OF OPERATING
ENGINEERS, LOCAL 137, 137A, 137B, 137C & 137R,
AFL-CIO,

**STATEMENT OF DAMAGES**

07-CIV-9382 (WCC)

Plaintiffs,

-against-

REALIFE LAND IMPROVEMENT, INC.,

Defendant.
-------------------------------------------------------------------X

| | |
|---|---|
| Principal Amount Sued For: | $150,578.29 |
| Interest at 10% from October 1, 2007 through December 26, 2007: | $3,765.00 |
| Liquidated Damages: | $30,115.66 |
| Attorneys' Fees: | $1,500.00 |
| *Costs and Disbursements:* | |
| Clerk's Fee: | $350.00 |
| Process Server Fee for Service: | $85.00 |
| Statutory Fee: | $20.00 |
| TOTAL: | $186,413.95 |