UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
THE ANNUITY, PENSION, WELFARE and APPRENTICESHIP
SKILL IMPROVEMENT AND SAFETY FUNDS of the
INTERNATIONAL UNION OF OPERATING ENGINEERS,
LOCAL 137, 137A, 137B, 137C & 137R, AFL-CIO by its
TRUSTEES EDWARD KELLY, JEFFREY LOUGHLIN,
PETER PATERNO, ROSS PEPE, NICHOLAS SIGNORELLI and **CLERK'S CERTIFICATE**
NICHOLAS SIGNORELLI, JR., and JOHN and JANE DOE,
as Beneficiaries of the ANNUITY, PENSION, WELFARE and     07-CIV-9382 (WCC)
APPRENTICESHIP SKILL IMPROVEMENT AND SAFETY
FUNDS of the INTERNATIONAL UNION OF OPERATING
ENGINEERS, LOCAL 137, 137A, 137B, 137C & 137R,
AFL-CIO,

                                                    Plaintiffs,

    -against-

REALIFE LAND IMPROVEMENT, INC.,

                                                   Defendant.
------------------------------------------------------------------X

      I, J. MICHAEL McMAHON, Clerk of the United States District Court for the Southern District of New York, do hereby certify that this action was commenced on October 19, 2007 by the filing of the Summons and Complaint, and that an Amended Complaint was then filed on November 9, 2007, and a copy of the Summons, Complaint and Amended Complaint was personally served on the Defendant REALIFE LAND IMPROVEMENT, INC. on December 4, 2007, by a process server, personal service upon Elaine Gregus, the Bookkeeper for the Defendant and a person of suitable age and discretion, and proofs of service were filed on December 10, 2007 and December 6, 2007, respectively, via the ECF System.

      I further certify that the docket entries indicate that the Defendant has not filed an answer nor otherwise moved with respect to the Complaint or the Amended Complaint herein. The default of the Defendant is hereby noted.

Dated: White Plains, New York
        ~~December ___, 2007~~
        January 4, 2008

                                                          J. MICHAEL McMAHON
                                                          Clerk of the Court

                                                     By: Lorraine Lombardo
                                                          Deputy Clerk