UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------X
THE ANNUITY, PENSION, WELFARE and APPRENTICESHIP
SKILL IMPROVEMENT AND SAFETY FUNDS of the
INTERNATIONAL UNION OF OPERATING ENGINEERS,
LOCAL 137, 137A, 137B, 137C & 137R, AFL-CIO by its
TRUSTEES EDWARD KELLY, JEFFREY LOUGHLIN,
PETER PATERNO, ROSS PEPE, NICHOLAS SIGNORELLI and
NICHOLAS SIGNORELLI, JR., and JOHN and JANE DOE,
as Beneficiaries of the ANNUITY, PENSION, WELFARE and          07-CIV-9382 (WCC)
APPRENTICESHIP SKILL IMPROVEMENT AND SAFETY
FUNDS of the INTERNATIONAL UNION OF OPERATING
ENGINEERS, LOCAL 137, 137A, 137B, 137C & 137R,
AFL-CIO,

                                Plaintiffs,

                -against-

REALIFE LAND IMPROVEMENT, INC.,

                                Defendant.
-------------------------------------------------------------------------X

## CERTIFICATE OF SERVICE

I, James M. Steinberg, hereby certify under penalty of perjury that on January 14, 2008, I
served *via* United Parcel Service next day delivery, the entity whose address appears below, with
a copy of the enclosed Order to Show Cause with Application for Default Judgment:

Realife Land Improvement, Inc.
84 Commerce Drive
Patterson, New York 12563

James M. Steinberg, Esq.