UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
THE ANNUITY, PENSION, WELFARE and APPRENTICESHIP
SKILL IMPROVEMENT AND SAFETY FUNDS of the
INTERNATIONAL UNION OF OPERATING ENGINEERS,
LOCAL 137, 137A, 137B, 137C & 137R, AFL-CIO by its
TRUSTEES EDWARD KELLY, JEFFREY LOUGHLIN,
PETER PATERNO, ROSS PEPE, NICHOLAS SIGNORELLI and **DEFAULT JUDGMENT**
NICHOLAS SIGNORELLI, JR., and JOHN and JANE DOE,
as Beneficiaries of the ANNUITY, PENSION, WELFARE and       07-CIV-9382 (WCC)
APPRENTICESHIP SKILL IMPROVEMENT AND SAFETY
FUNDS of the INTERNATIONAL UNION OF OPERATING                ECF CASE
ENGINEERS, LOCAL 137, 137A, 137B, 137C & 137R,
AFL-CIO,

                            Plaintiffs,

        -against-

REALIFE LAND IMPROVEMENT, INC.,

                            Defendant.
-----------------------------------------------------------------------X

This action having been commenced on October 19, 2007 by the filing of the Summons

and Complaint, with an Amended Complaint having been filed on November 9, 2007, and a copy

of the Summons and Complaint, along with the Amended Complaint, having been personally

served on the Defendant REALIFE LAND IMPROVEMENT, INC. on December 4, 2007, by a

Process Server, personal service upon Elaine Gregus, the Bookkeeper for the Defendant and a

person of suitable age and discretion, and a proof of service having been filed on December 10,

2007 and December 6, 2007, respectively, via the ECF System, and the Defendant not having

answered either the Complaint or the Amended Complaint, and the time for answering the

Complaint or Amended Complaint having expired, it is,

**ORDERED, ADJUDGED AND DECREED**: That the Plaintiffs have judgment against the Defendant in the principal amount of $150,578.29, liquidated damages in the amount of $30,115.66, with interest at 10% as prescribed by the applicable Collective Bargaining Agreement from October 1, 2007 through December 26, 2007, in the amount of $3,765.00, together with the costs and disbursements of this action in the amount of $455.00 and attorneys' fees in the amount of $1,500.00, for a total liquidated amount of $186,413.95, and it is further

**ORDERED** that the Judgment rendered by the Court on this day in favor of the Plaintiffs be entered as a final judgment against Defendant REALIFE LAND IMPROVEMENT, INC. and the Clerk of the Court is directed to enter such Judgment forthwith.

Dated: White Plains, New York
~~January ___, 2008~~
Feb. 15, 2008

SO ORDERED:

*William C. Conner*
The Honorable William C. Conner
Senior United States District Judge